1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant ESCOBAR
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   No. CR-06-0002 MMC
                                       )       CR-98-0043 MMC
12 |        Plaintiff,                 )
                                       )   **MOTION AND [PROPOSED] ORDER**
13 |   v.                              )   **GRANTING MOTION FOR**
                                       )   **VOLUNTARY DISMISSAL OF APPEAL**
14 | ANICETO ESCOBAR-RODRIGUEZ,        )
     aka Jose Joel Escobar-Calleroz,   )
15                                     )
            Defendant.                 )
16 | _____

17
       A notice of appeal was filed in this matter on May 1, 2006 and the docket sheet
18
   transmitted to the Court of Appeals on May 3, 2006. The appeal has not yet been docketed by
19
   the circuit clerk. Rule 42(a) of the Federal Rules of Appellate Procedure permits the district
20
   court to dismiss an appeal on the appellant's motion under these circumstances. Accordingly,
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26

                                               1

pursuant to Rule 42(a), Mr. Escobar respectfully moves for dismissal of the appeal forthwith.

Dated: May 4, 2006

                                      Respectfully submitted,

                                      BARRY J. PORTMAN  
                                      Federal Public Defender

                                               /S/

                                      JOSH COHEN  
                                      Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

       Pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure, the Court hereby GRANTS defendant-appellant's unopposed motion for voluntary dismissal of the appeal.

       IT IS SO ORDERED.

Dated: May 9, 2006                          _____  
                                      MAXINE M. CHESNEY  
                                      UNITED STATES DISTRICT JUDGE